UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

DAVE'S CABINETS, INC.,

    Plaintiff,

v.

**ORDER**
Civil File No. 05-854 (MJD/RLE)

KOMO MACHINE, INC., and
WENDELLS WOODWORK, INC.,
d/b/a Diversified Equipment &
Supply,

    Defendants.
_____

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Wendell's Woodwork, Inc.'s letter request to dismiss the claims against it, found in its July 7, 2006 letter to the Court, is **DENIED**.

2. Defendant Wendell's Woodwork, Inc.'s letter request to file an expedited, untimely summary judgment motion based on the Court's July 6, 2006 Order, found in Wendell's Woodwork, Inc.'s July 7, 2006 letter to the Court, is **DENIED**.

3. Plaintiff Dave's Cabinets, Inc.'s letter request for clarification of the Court's July 6, 2006 Order, found in its July 10, 2006 letter to the Court, is **DENIED**.

Dated: July 26, 2006                         s / Michael J. Davis
                                             Judge Michael J. Davis
                                             United States District Court