UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dave's Cabinets, Inc.,<br><br>    Plaintiff,<br><br>vs.<br><br>Komo Machine, Inc. and<br>Wendell's Woodwork, Inc., d/b/a<br>Diversified Equipment & Supply,<br><br>    Defendants. | Court File No: 05-CV-854 MJD/RLE<br><br><br>**ORDER FOR DISMISSAL** |

    Upon the foregoing Stipulation of Dismissal, it is hereby ordered as follows: Any and all claims in this matter are hereby dismissed, with prejudice, on the merits, and in their entirety, but without any award of costs or disbursements to any of the parties.

    There being no just reason for delay, let judgment be entered accordingly.


Dated: October 11, 2006          BY THE COURT:


                                                 s / Michael J. Davis
                                                 Judge of District Court


This signature page is a part of the Stipulation of Dismissal with Prejudice in the matter Dave's Cabinets, Inc. v. Komo Machine, Inc., and Wendells Woodwork, Inc., d/b/a Diversified Equipment & Supply